952 A.2d 1170

**Steven SZAREWICZ, and Other Similarly Situated Pennsylvanians, Appellant**

v.

**Governor Edward RENDELL, and Former Governor Thomas Ridge, Appellees.**

Supreme Court of Pennsylvania.

Aug. 18, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 18th day of August, 2008, the order of the Commonwealth Court is hereby **AFFIRMED.**

Jurisdiction relinquished.

953 A.2d 514

**Sandra FEIGLEY & George Feigley, Appellants**

v.

**Michael J. CONTI, Sean Downs, Robert Shannon, and Pennsylvania Department Of Corrections, Appellees.**

No. 2 MAP 2008.

Supreme Court of Pennsylvania.

Aug. 5, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 5th day of August, 2008, the above captioned appeal is quashed for failure to file a brief.